**The UNITED STATES, Appellant,**

v.

**SANYO ELECTRIC INC., Appellee.**

**No. 80–34.**

United States Court of Customs and Patent Appeals.

March 5, 1981.

Alice Daniel, Asst. Atty. Gen., Washington, D. C., David M. Cohen, Director, Joseph I. Liebman, Atty. in charge, New York City, Susan Handler-Menahem, New York City, of counsel, for appellant.

Peter Jay Baskin, Gail T. Cumins, New York City, for appellee.

Before MARKEY, Chief Judge, and RICH, BALDWIN, MILLER and NIES, Judges.

BALDWIN, Judge.

This is an appeal from the judgment of the United States Customs Court (now the United States Court of International Trade), 83 Cust.Ct., C.D. 4855, 496 F.Supp. 1311 (1980), sustaining the appellee's claim that the imported merchandise in issue, known as a power failure light, was improperly classified as a flashlight under item 683.70 of the Tariff Schedules of the United States (TSUS) and was correctly classifiable as electrical articles, not specifically provided for, under item 688.40.* We affirm.

## OPINION

We agree with the holding of the Court of International Trade that the imported power failure lights were incorrectly classified as "flashlights" and should be classified as "[e]lectrical articles * * * not specifically provided for." Accordingly, we *affirm* the judgment of the court and adopt the court's opinion as our own.

\* The relevant TSUS provisions are as follows:

[Classified under:]
Portable electric lamps with self-contained electrical source, and ·parts thereof:
683.70　　Flashlights and parts thereof ....35% ad val.

[Claimed under:]
688.40　Electrical articles, and electrical parts of articles, not specifically provided for ..........................5.5% ad val.